Jeffrey I. Pitegoff, Esq.
NV Bar No.: 05458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
Telephone: (702) 405-8100
Telecopier: (702) 405-8101

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DECATUR 3466 LLC, a Nevada Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01050-JAD-VCF<br><br>**ORDER** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

　　　Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their

///

///

1

1 agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted this __5th__ day of January, 2016.

| | |
|---|---|
| **LAW OFFICE OF ROBERT P. SPRETNAK** | **MORRIS SULLIVAN LEMKUL & PITEGOFF, LLP** |
| /s/ Robert Spretnak | /s/ Jeffrey Pitegoff |
| Robert P. Spretnak, Esq. (Bar No. 5135)<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone (702) 454-4900<br>Facsimile  (702) 938-1055<br>Bob@Spretnak.com | Jeffrey I. Pitegoff, Esq. (Bar No. 05458)<br>3770 Howard Hughes Pkwy. Ste 170<br>Las Vegas, NV 89169<br>T: 702-405-8100<br>F: 702-405-8101<br>Pitegoff@morrissullivanlaw.com |
| and | *Attorneys for Defendant* |
| **RUBIN & RUBIN, P.A.**<br>Randall L. Rubin, Esq., *pro hac vice pending*<br>11900 Biscayne Boulevard, Suite 740<br>North Miami, Florida 33181<br>Telephone (305) 892-0111<br>Facsimile  (305) 899-1143<br>Rubinandrubin@aol.com | |
| *Attorneys for Plaintiff* | |

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The court will retain jurisdiction for purposes of enforcing Settlement Agreement.  The Clerk of Court is instructed to close this case.

Dated:  January 6, 2016.

_____
UNITED STATES DISTRICT JUDGE